United States District Court
Southern District of New York

David Carter Sr.                    { Trial by Jury }

vs.

City of New York
Corrections
New York City
C.O. Howard (sheild #) 5478

Greviance Submitted
Plaintiff   David Carter SR
# 349-16-09267
A.M.K.C. - Riker's Island
18-18 Hazen Street
East Elmhurst, New York 11370

Defendant
N.Y.C. Correction Officer
Howard  sheild # 5478
Black female steady officer
7-3 tour and 3-11 tours
N.Y.C. Dept of Corrections
18-18 Hazen St. A.M.K.C.
Riker's Island  Quad Lower 5  A.M.K.C.

Complaint

On September 12th 2016, September 13th, and September 14th 2016

After inquiring with Area Supervisor's [Captains] C.O. Howard shield #5478 stated clearly that she did not give a "fuck" about my legal concerns or what was explained to her Supervisor's in regards to making a legal phone call defendant kept lying before each above date passed that someone would come interview me without them even possibly knowing indeed that I would like to make legal call, she lied and said she called just to see without that particular opportunity to thwart my request, every time A Captain came through when I sought Affirmative action she began to complain and interfere with communication, etc.

Injury

Victim of obstruction of Justice

Victim of direct hostile with intent to Abort and thwart at any legal concerns and conveying of any information that would be in the better interest of Justice for me

Victim of deliberate Neglectance of Services with the major intent to deny such Services.

Relief Sought

$250,000 dollars for obstruction of Justice, deliberate Neglect, dodging services to be rendered while in custody

I state that all is true in this complaint by the penalty of perjury

Mr. David Carter
349 16 0926 7

Dated: September 14th 2016

18-18 Hazen St.
A.M.K.C.
Rivers Island
N.Y.S.I.D # 4613486L

Mr. David Carter Jr.
#3491609267
A.M.K.C. - Riker's Island
18-18 Hazen Street
East Elmhurst, N.Y. 11370

LEGAL MAIL

Pro Se Intake office
Pro Se Clerk
United States District Court
Southern District of New York
500 Pearl Street
N.Y., N.Y. 10007